IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TERRENCE CARRUTH, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-163-CAR |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Defendant. | |
| | * |

# JUDGMENT

Pursuant to this Court's Order dated October 6, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Dekalb County, Georgia.

This 7th day of October, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk